1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| MICHAEL C. PEARSON, | ) | Case No. CV 09-7976 DOC (JCG) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

19
20
21
22
23
24
25
26
27
28

        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: February 24, 2011.

_____
*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE